# United States District Court
## Western District of North Carolina
## Asheville Division

| | | | |
|---|---|---|---|
| Charles T. Lee**,** | ) | | JUDGMENT IN CASE |
| | ) | | |
| Plaintiff(s), | ) | | 1:13-cv-00004-MR-DSC |
| | ) | | |
| vs. | ) | | |
| | ) | | |
| Norfolk Southern Railway Company**,** | ) | | |
| Defendant(s). | ) | | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 20, 2014 Order.

May 20, 2014

*Frank G. John*

Frank G. Johns, Clerk
United States District Court